UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER            21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION

---------------------------------------------------------------X
---------------------------------------------------------------X

XXXXX,                                                          XX Civ. XXXX (AKH)

                           Plaintiff(s),

        -against-                                              **INITIATING COMPLAINT**

XXXXX,

                           Defendants.
---------------------------------------------------------------X

      Pursuant to Case Management Order No. __ ("CMO __") dated June __, 2007 by Hon. Alvin K. Hellerstein, U.S.D.J., in *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH), Plaintiff(s) hereby submit this Initiating Complaint against the above named Defendants and state:

      1.    Plaintiff _____ (XXXX) [← *last 4 digits of social security number*] currently resides at _____.

      2.    Plaintiff(s) have a claim for injury against the Defendants named above that would be encompassed within the scope of the *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      3.    Plaintiffs will file a fully complete Check-Off Complaint under this docket number within 30 days of the filing of this Initiating Complaint.

NOTICE TO CLERK OF COURT: Please accept this Initiating Complaint as an initial pleading pursuant to CMO __, dated _____, of Hon. Alvin K. Hellerstein in *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

Case 1:07-cv-01530-AKH    Document 2-4    Filed 06/29/2007    Page 2 of 2

Dated: _____ __, 200X

                                                {law firm name}
                                                Attorney(s) for
                                                Plaintiff(s)_____

                                                By: _____ _____
                                                         {name}
                                                {law firm address}
                                                Telephone: _____

NOTICE TO CLERK OF COURT:  Please accept this Initiating Complaint as an initial pleading pursuant to CMO __, dated _____, of Hon. Alvin K. Hellerstein in *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).