Thomas A. Egan, Esq. (TE-0141)
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

Attorneys for Defendants The 120 Broadway Parties

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE: WORLD TRADE CENTER DISASTER  : 21 MC 102 (AKH)
SITE LITIGATION

-----------------------------------------------------------------X

JOSE SARMIENTO,                       : 07-CV-1530 (AKH)

                     Plaintiff,    **NOTICE OF THE 120 BROADWAY
                                      PARTIES' ADOPTION OF ANSWER**
- against -                           **TO MASTER COMPLAINT**

120 BROADWAY CONDOMINIUM (CONDO #871),
et al.,

                     Defendants.
-----------------------------------------------------------------X

    PLEASE TAKE NOTICE THAT Defendants The 120 Broadway Condominium (Condo #871), 120 Broadway Holdings, LLC (incorrectly sued herein as 120 Broadway Holding, LLC), 120 Broadway Properties, LLC, 120 Broadway, LLC, Board of Managers of The 120 Broadway Condominium (Condo #871), and Silverstein Properties, Inc. (collectively, "The 120 Broadway Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt the 120 Broadway Parties' Answer to Master Complaint, dated August 1, 2007,

which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the 120 Broadway Parties demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated:  New York, New York
        September 14, 2007

                           **FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
                           Attorneys for Defendants The 120 Broadway Parties

                 By: _Thomas A. Egan_____
                         Thomas A. Egan (TE-0041)
                         One Liberty Plaza
                         New York, New York 10006-1404
                         (212) 412-9500