UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER          21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-------------------------------------------------------------------x
JOSE SARMIENTO,

                              Plaintiff,          Index No.: 07 CV 1530

       -against-

RELATED BPC ASSOCIATES, INC, RELATED          **NOTICE OF**
MANAGEMENT COMPANY, L.P., THE RELATED          **APPEARANCE**
COMPANIES, L.P., THE RELATED REALTY GROUP,
INC., and LIBERTY VIEW ASSOCIATES, P.C.          **ELECTRONICALLY**
                                                       **FILED**

                              Defendants.
-------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT COMPANY, L.P., THE RELATED COMPANIES, L.P., THE RELATED REALTY GROUP, INC., and LIBERTY VIEW ASSOCIATES, L.P.**

I certify that I am admitted to practice in this court.


Dated:     New York, New York
             December 10, 2007


                                        LONDON FISCHER LLP
                       By:   _____
                                        Gillian Hines Kost (GK-2880)
                                        59 Maiden Lane
                                        New York, New York 10038
                                        Phone: (212) 972-1000
                                        Fax: (212) 972-1030

*Attorney for Defendants*
RELATED MANAGEMENT COMPANY, L.P.,
RELATED BPC ASSOCIATES, INC.,
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC., and
LIBERTY VIEW ASSOCIATES, L.P.

K: VGFutterman\WTC-Related\Plaintiff\Sarmiento\Pleadings\Notice of Appearance